# United States District Court
# For The Western District of North Carolina
# Asheville Division

SUSIE L. PINDELL,

    Plaintiff(s),

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:06cv384

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 12, 2007 Order reversing the decision denying benefits to the Plaintiff under sentence four of 42 U.S.C. § 405(g) and remanding this cause to the Commissioner for further proceedings .

June 12, 2007

FRANK G. JOHNS, CLERK

BY:   *s/Elizabeth J. Barton*
    Elizabeth J. Barton, Deputy Clerk