# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| SUSIE L. PINDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 1:06CV384 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

**THIS MATTER** is before the Court on Plaintiff's "Motion For Award of Attorney Fees Pursuant to the Equal Access to Justice Act" filed on July 17, 2007, and upon referral from the District Court.

The parties have filed a consent motion for allowance of these fees wherein Defendant advises that the parties have reached agreement on this matter, and he will not oppose an award of attorney fees in the amount of $1,950.00 and costs in the amount of $350.00, in full and final satisfaction of in this case under 28 U.S.C. § 2412(d).

**IT IS, THEREFORE, ORDERED** that, on consent of the parties herein, Plaintiff's "Motion For Attorney Fees and Costs" is **GRANTED IN PART**, to the extent that counsel for Plaintiff shall be paid the sum of $1,950.00 for attorney fees and costs in the amount of $350.00, and **DENIED IN PART** as to the remaining amount sought in the motion.

**IT IS FURTHER ORDERED** that, upon payment, this petition will be in full and final satisfaction of all claims pursuant to 28 U.S.C. § 2412(d).

Signed: July 23, 2007

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge